IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:05-CR-197-4-TWT |
| UCIEL CARRANZA, | |
| Defendant. | |

OPINION AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 274] of the Magistrate Judge regarding various pretrial motions. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 166] is DEFERRED; the adopted Motion for Disclosure of Confidential Informants [Doc. 180] is GRANTED; the first adopted Motion to Sever [Doc. 181] is DENIED as to spillover and is DEFERRED as to *Bruton*; the second adopted Motion to Sever [Doc. 182] is DENIED; and the adopted Motion for Particularized Discovery [Doc. 185] is GRANTED to the limited extent of DIRECTING the government to assist the Defendant by providing an index or other searchable format.

SO ORDERED, this 20 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge